No. 873.   LEE *v.* AETNA CASUALTY & SURETY CO. ET AL.
United States Court of Appeals for the District of
Columbia Circuit.   Certiorari denied.   *Albert Brick,
Patricia Warren* and *Samuel Intrater* for petitioner.
*Albert F. Beasley* for the Aetna Casualty & Surety Co.
et al., and *W. Cameron Burton* for Miller, respondents.

No. 875.   SUN OIL CO. *v.* ESSO STANDARD OIL CO.
United States Court of Appeals for the District of
Columbia Circuit.   Certiorari denied.   *Edward B. Beale*
for petitioner.   *Francis C. Browne, Thomas L. Mead, Jr.,
William E. Schuyler, Jr., Andrew B. Beveridge, Cyril D.
Pearson* and *Francis X. Clair* for respondent.

No. 888.   GULF OIL CORP. ET AL. *v.* FEDERAL POWER
COMMISSION ET AL.   United States Court of Appeals for
the District of Columbia Circuit.   Certiorari denied.
*Archie D. Gray, Merle E. Minks* and *Jesse P. Luton, Jr.*
for petitioners.   *Solicitor General Sobeloff, Melvin
Richter, William W. Ross, Willard W. Gatchell, William J. Grove* and *Robert L. Russell* for respondents.

No. 901.   SCHER *v.* WEEKS, SECRETARY OF COMMERCE.
United States Court of Appeals for the District of
Columbia Circuit.   Certiorari denied.   *Josiah Lyman*
for petitioner.   *Solicitor General Sobeloff, Samuel D.
Slade* and *B. Jenkins Middleton* for respondent.

No. 594, Misc.   IN RE FLASPHALER.   United States
Court of Appeals for the District of Columbia Circuit.
Certiorari denied.   *Homer Brooks* for petitioner.   *Solici-*